

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

AUG - 9 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1   STEVEN W. MYHRE
    Acting United States Attorney
2   Nevada Bar No. 9635
    CHRISTOPHER BURTON
3   Assistant United States Attorney
    Nevada Bar No. 12940
4   District of Nevada
    501 Las Vegas Blvd. South, Suite 1100
5   Las Vegas, Nevada 89101
    (702) 388-6336 / Fax: (702) 388-5087
6   Christopher.Burton4@usdoj.gov

7   *Representing the United States of America*

8

9                   **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**

10  IN THE MATTER OF THE
    APPLICATION OF THE UNITED          Case No. 2:17-mj-00276-PAL
11  STATES OF AMERICA FOR AN
    ORDER AUTHORIZING THE              **GOVERNMENT'S MOTION TO**
12  INSTALLATION AND USE OF A          **UNSEAL CASE**
    PEN REGISTER, TRAP AND TRACE
13  DEVICE AND CALLER
    IDENTIFICATION SERVICE, AND
14  AUTHORIZING RELEASE OF
    SUBSCRIBER INFORMATION,
15  CELL SITE INFORMATION AND
    FOR A GPS TRACKING WARRANT
16  ON CELLULAR TELEPHONE
    NUMBER 702-218-3658

17  **CERTIFICATION: This Motion is timely filed.**

18

19

20

21

22

23

1    COMES NOW the United States of America, by and through its attorneys, STEVEN W.

2  MYHRE, Acting United States Attorney, and ATTORNEY, Assistant United States Attorney,

3  and respectfully moves this Court for an Order to UNSEAL the docket in the above-captioned

4  matter.

5  **DATED** this 9 day of August, 2017.

6                                            Respectfully,
                                            STEVEN W. MYHRE
7                                            Acting United States Attorney

8

9                                            CHRISTOPHER BURTON
                                            Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

2

STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-218-3658

Case No. 2:17-mj-00276-PAL

**ORDER TO UNSEAL CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 15th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3